Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NINA AFRASIABI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>**PLAINTIFFS,**<br>V.<br><br>**SRA ASSOCIATES, INC.,**<br><br>**DEFENDANT.** | **Case No.:** 11-cv-0311 H (JMA)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF NINA AFRASIABI AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS**<br><br>**HON. MARILYN L. HUFF** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Nina Afrasiabi ("Afrasiabi") and defendant SRA Associates, Inc., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Afrasiabi, and without prejudice as to the claims of the absent members Afrasiabi purports to represent.  Each of the parties to

this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

Dated: November 22, 2011                              **HYDE & SWIGART**

                                                      By:/s/ Joshua B. Swigart
                                                         Joshua B. Swigart
                                                         Attorneys for Plaintiff

Dated: November 22, 2011                              **GORDON AND REES**

                                                      By: /s/ Kevin W. Alexander
                                                          Kevin W. Alexander
                                                          Attorneys for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kevin W. Alexander, counsel for Defendant, and that I have obtained Mr. Alexander's authorization to affix his electronic signature to this document.

Dated: November 22, 2011                              **HYDE & SWIGART**

                                                      /s/Joshua B. Swigart
                                                      Joshua B. Swigart
                                                      Attorneys for the Plaintiff