# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA AFRASIABI, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>    vs.<br><br>SRA ASSOCIATES, INC.,<br><br>                                    Defendant. | CASE NO. 11-CV-311-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On November 22, 2011, Plaintiff Nina Afrasiabi ("Afrasiabi") and Defendant SRA Associates, Inc. filed a joint motion to dismiss this action with prejudice as to the individual claims of Afrasiabi, and without prejudice as to the claims of the absent class members. (Doc. No. 19.) The Court, for good cause shown, grants the joint motion and dismisses this action with prejudice as to Plaintiff Nina Afrasiabi and without prejudice as to the class claims. Each of the parties to bear its own costs, attorneys' fees, and all other expenses. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: November 28, 2011

*/s/ Marilyn L. Huff*

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT